IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHANIAL H. CONDER, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 4:19-cv-03552 |
| | ) |
| US Department of the Treasury, Internal Revenue Commissioner and Social Security Administration, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**<u>UNITED STATES' CERTIFICATE OF INTERESTED PERSONS</u>**

The United States of America, hereby states that the following persons and entities have a financial interest in the outcome of this litigation.

1. United States of America; and

2. Nathanial H. Conder, III.

RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

/s/ Stephanie M. Page
STEPHANIE M. PAGE
Texas State Bar No. 13428240
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9749
(214) 880-9741 (FAX)
Stephanie.m.page@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

2

**CERTIFICATE OF SERVICE**

    I certify that service of the foregoing document has been made by first class mail and ECF on the 8th day of January, 2020 to the following:

Nathaniel H. Conder III
408 S. 7th Street
Baytown, Texas 77520

                                     /s/ Stephanie M. Page
                                     STEPHANIE M. PAGE